176 A.3d 224

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LUIS A. PEREZ, DEFENDANT–PETITIONER.

C–380 September Term 2017
079826

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005274–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for a post-conviction relief hearing. Jurisdiction is not retained.